```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION


BAIT PRODUCTIONS PTY LTD.,

               Plaintiff,
v.                              Case No.  8:13-cv-156-T-33AEP

GREGORIO CISNEROS,

               Defendant.
_____/
```

### ORDER

This matter comes before the Court pursuant to the Suggestion of Bankruptcy (Doc. # 10), filed by Gregorio Cisneros on April 8, 2013. The Suggestion of Bankruptcy reports that Cisneros filed a petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the Middle District of Florida, Case Number 9:13-bk-04335. (Id. at 1).

The Suggestion of Bankruptcy further indicates that "the defendant suggests that this action has been stayed by operation of 11 U.S.C. § 362." (Id.).

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now **ORDERED, ADJUDGED,** and **DECREED**

(1) Pursuant to 11 U.S.C. § 362(a), this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until such time as the bankruptcy court lifts the stay or the stay is no longer in effect.

(2)  The Debtor, Gregorio Cisneros, a defendant in this case, shall advise the Court as to the status of the bankruptcy proceedings on or before July 8, 2013, and every **90 DAYS** thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 9th day of April, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record

-2-